cJM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BOARD OF COMMISSIONERS OF THE
MANHASSET-LAKEVILLE WATER DISTRICT,

    Plaintiff,

   -against-

LONG ISLAND JEWISH MEDICAL CENTER;
NORTH SHORE COMMUNITY SERVICES,   07-CV-00619 (LDW)(MLO)
INC.; and NORTH SHORE-LONG ISLAND
JEWISH HEALTH SYSTEM, INC.,

    Defendants,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 
LONG ISLAND JEWISH MEDICAL CENTER;
NORTH SHORE COMMUNITY SERVICES,
INC.; and NORTH SHORE-LONG ISLAND
JEWISH HEALTH SYSTEM, INC.,

    Third-Party Plaintiffs,

   -against-

PANEL REALTY COMPANY; PHILIP
PILEVSKY; SHARLINE INVESTMENTS
INCORPORATED; MITI CORPORATION;
ALSACE INVESTMENTS INCORPORATED;
BARCLAYS BANK PLC; and ABC CORP. a
Fictitious Entity, who is believed to be the
Successor to Panel Realty Company, and whose
Real Name is Unknown to Third-Party Plaintiffs,

    Third-Party Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

   WHEREAS, on March 5, 2009, the Court held a pre-motion conference with all parties and ordered Farrell Fritz, P.C., counsel for Defendants and Third-Party Plaintiffs Long Island Jewish Medical Center, North Shore Community Services, Inc., and North Shore-Long

Island Jewish Health System, Inc. ("Defendants and Third-Party Plaintiffs"), to advise the Court as to whether or not Farrell Fritz, P.C. would voluntarily withdraw as counsel for Defendants and Third-Party Plaintiffs; and

WHEREAS, on March 16, 2009, Farrell Fritz, P.C. advised the Court by letter that it sought to withdraw from its representation of Defendants and Third-Party Plaintiffs; and

WHEREAS, formal substitution of counsel for Defendants and Third-Party Plaintiffs has not yet occurred, and new counsel for Defendants and Third-Party Plaintiffs will require a period of time to review the case files and become acquainted with this case;

IT IS HEREBY ORDERED that:

This case is **ADMINISTRATIVELY CLOSED** for thirty days from the date of this Order. After this 30-day period, appropriate papers shall be filed by Farrell Fritz, P.C. and/or new counsel for Defendants and Third-Party Plaintiffs to effectuate a formal substitution of counsel, and the Court will schedule a conference with all parties to schedule further proceedings in this case.

Dated: Central Islip, New York
~~April ___, 2009~~
6/2/09

Senior Judge Leonard D. Wexler, U.S.D.C.